UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EXPOSHIPS, LLC, | CASE NO. C07-472RSM |
| Plaintiff, | |
| v. | ORDER STAYING CASE |
| NICHOLS BROTHERS BOAT BUILDERS, INC., | |
| Defendant. | |

Pursuant to 11 U.S.C. § 362(a)(1), "a petition filed . . . under . . . this title . . . operates as a stay, applicable to all entities, of - the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title[.]" Here, Defendant has notified this Court that it has filed a petition for Chapter 11 relief in the United States Bankruptcy Court for the Western District of Washington. (Dkt. #4). Accordingly, the provisions of 11 U.S.C. § 362 apply and the case shall be STAYED.

The parties are directed to submit a Joint Status Report regarding the status of Defendant's petition for Chapter 11 bankruptcy <u>no later than six (6) months from the date of this Order</u>. The parties are on notice that failure to adhere to this Court's Order may result in the Court dismissing the case.

ORDER
PAGE - 1

1 | The Clerk is directed to forward a copy of this Order to all counsel of record.

3 | DATED this __21__ day of April, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2